UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:18 CR 177 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| JEROME L. SILVERMAN, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David A. Ruiz, regarding the change of plea hearing of Jerome L. Silverman, which was referred to the Magistrate Judge with the consent of the parties.

On April 11, 2018, the government filed a five count Indictment, charging Defendant Jerome L. Silverman with: Count 1, Bank Fraud, in violation of Title18 U.S.C. § 1344, Counts 2 and 3, Wire Fraud in violation of Title 13 U.S.C. § 1343, and Counts 4 and 5, Aggravated Identity Theft, in violation of Title 18 U.S.C. § 1028A(a)(1). Defendant Silverman was arraigned on April 23, 2018, and entered a plea of not guilty to Counts 1, 2-3, 4-5 of the Indictment before Magistrate Judge Parker. On November 19, 2018, Magistrate Judge Ruiz received Defendant Silverman's plea of guilty to Counts 1 and 4 of the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered. Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Silverman is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual

basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Silverman is adjudged guilty as to Counts 1 and 4 of the Indictment, in violation of Title 18 U.S.C. § 1344, Bank Fraud and Title 18 U.S.C. § 1028A(a)(!).  This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will take place on February 26, 2019, at 11:00 a.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 7, 2018